```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 00938
    RICKY LUCKETT
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-3776


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 02/03/2006 and was confirmed 03/27/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 08/09/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
CONDOR CAPITAL COMPANY      SECURED           9700.00        842.94        2640.66
LITTON LOAN SERVICING       CURRENT MORTG        .00            .00            .00
AFNI INC                    UNSECURED       NOT FILED          .00            .00
AMERITECH                   UNSECURED       NOT FILED          .00            .00
BALLY TOTAL FITNESS         UNSECURED       NOT FILED          .00            .00
CAPTAL ONE                  UNSECURED       NOT FILED          .00            .00
COLLECTRITE                 UNSECURED       NOT FILED          .00            .00
COMMONWEALTH EDISON         UNSECURED       NOT FILED          .00            .00
CULLIGAN                    UNSECURED       NOT FILED          .00            .00
GEMB JCPENNY                UNSECURED       NOT FILED          .00            .00
GMAC                        UNSECURED       NOT FILED          .00            .00
HOUSEHOLD BANK              UNSECURED       NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE    UNSECURED       NOT FILED          .00            .00
LEADING EDGE RECOVERY SO    UNSECURED       NOT FILED          .00            .00
MEDICAL COLLECTIONS SYST    UNSECURED       NOT FILED          .00            .00
NCO FIANCIAL SYATMES        UNSECURED       NOT FILED          .00            .00
PACIFIC CREDITOR            UNSECURED       NOT FILED          .00            .00
PARK DANSEN                 UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED             .00          .00            .00
PROVIDIAN NATIONAL BANK     UNSECURED       NOT FILED          .00            .00
UNITED CONSUMERS FINANCI    UNSECURED       NOT FILED          .00            .00
WFS FINANCIAL               UNSECURED       NOT FILED          .00            .00
LITTON LOAN SERVICING       MORTGAGE ARRE    489.74            .00         489.74
CITY OF CHICAGO PARKING     UNSECURED        1030.00           .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         368.13           .00            .00
PIERCE & ASSOC              NOTICE ONLY    NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC    NOTICE ONLY    NOT FILED           .00            .00
CONDOR CAPITAL COMPANY      UNSECURED        8415.05           .00          54.82
CITY OF CHICAGO WATER DE    SECURED NOT I    690.25            .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     2,275.20                       2,275.20
TOM VAUGHN                  TRUSTEE                                          326.93
DEBTOR REFUND               REFUND                                              .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 00938 RICKY LUCKETT
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  6,630.29

PRIORITY                                              .00
SECURED                                          3,130.40
    INTEREST                                       842.94
UNSECURED                                           54.82
ADMINISTRATIVE                                   2,275.20
TRUSTEE COMPENSATION                               326.93
DEBTOR REFUND                                         .00
                     ---------------      ---------------
TOTALS                   6,630.29                6,630.29
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 02/26/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 06 B 00938 RICKY LUCKETT